**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AWILDA RIVERA PAGAN,

                        Plaintiff,                         No. 19-CV-11209 (KPF)(OTW)

      -against-                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By **February 19, 2021**, the parties are directed to submit a joint letter regarding the impact that the United States Supreme Court's pending review of *Carr v. Saul*, No. 19-1442, and *Davis v. Saul*, No. 20-105, will have on the Appointments Clause argument in the instant action.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: February 8, 2021                             **Ona T. Wang**
      New York, New York                   United States Magistrate Judge