**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
AWILDA RIVERA PAGAN,
:
                                Plaintiff,      :      No. 19-CV-11209 (KPF)(OTW)
:
          -against-            :      **ORDER**
:
COMMISSIONER OF SOCIAL SECURITY,
:
                              Defendant.
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 20. The case is STAYED pending the United States Supreme Court's pending review of *Carr v. Saul*, No. 19-1442, and *Davis v. Saul*, No. 20-105. The parties are directed to meet and confer and submit a joint status letter fourteen days after the Supreme Court issues a decision in *Carr* and *Davis*. The letter shall indicate whether: (1) the parties intend to renew their pending Joint Statement in Lieu of Cross-Motions for Judgment on the Pleadings at ECF 18, or (2) the parties consent to remand. The Clerk of Court is respectfully directed to STAY the case.

**SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: February 22, 2021                          **Ona T. Wang**
       New York, New York               United States Magistrate Judge