# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AWILDA RIVERA PAGAN,

                  Plaintiff,            19 **CIVIL** 11209 (KPF)(OTW)

      -v-                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 13, 2021, the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, including for a new hearing by a different administrative law judge and a new decision.

**Dated:** New York, New York
           May 13, 2021

                                                        **RUBY J. KRAJICK**
                                                _____
                                                        **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                     _____
                                                         **Deputy Clerk**